# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GILBERT JAIMEZ,<br><br>　　　　Defendant. | Case No. 12-cv-02170 NC<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 10 |

　　The case management conference currently scheduled for August 29, 2012 is VACATED. Dkt. No. 11. The parties are ordered to confer regarding settlement of this dispute. The Court sets the following briefing schedule for the parties' motion(s) for summary judgment: parties to file motion for summary judgment on or before November 28, 2012. Oppositions due by December 5, 2012 and replies by December 12, 2012. Hearing on the motion for summary judgment(s) is set for December 19, 2012 at 1:00 p.m. in Courtroom A, 15th Floor, San Francisco.

　　The Court CONTINUES the case management conference to February 6, 2013 at 10:00 a.m. in Courtroom A, 15th Floor, San Francisco.

　　The Court encourages Jaimez to seek the assistance of the Federal Pro Bono Project's Legal Help Center. The Legal Help Center can be reached at (415) 782-9000, extension 8657, and it is located at 450 Golden Gate Avenue, 15th Floor, Room 2796,

San Francisco.

IT IS SO ORDERED.

DATED: August 28, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 12-cv-02170 NC
ORDER VACATING CMC              2