UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 12-cv-02170 NC |
| Plaintiff, | **ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |
| v. | |
| GILBERT JAIMEZ, | |
| Defendant. | |

The Court will hold a further case management conference on April 17, 2013 at 10:00 a.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. The parties or lead counsel must appear in person.

On December 19, 2012, the Court ordered the parties to meet and confer and file a joint status report by March 20, 2013 updating the Court as to the status of defendant's false certification loan discharge application. The Court has received a status report only from plaintiff. The Court orders defendant Gilbert Jaimez to submit a status report by April 10, 2013.

IT IS SO ORDERED.

Date: March 25, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 12-cv-02170 NC
ORDER SETTING FURTHER CMC